UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SIDNEY BULLOCK
        Plaintiff(s)
  v.
BERTIE MARTIN REGIONAL JAIL; DAN
GIBBS; TRINA BOONE; DR. TOLSON
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:08-CT-3021-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration of the defendant Tolson's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Bertie Martin Regional Jail; Dan Gibb and Trina Boone having been dismissed earlier in the action, the remaining defendant's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on July 12, 2010, with service on:
Sidney Bullock 0055737; Greene Correctional Center, P.O. Box 39, Maury, NC 28554 (via U.S. Mail)
Walter G. Merritt (via CM/ECF Notice of Electronic Filing)
Jay C. Salsman (via CM/ECF Notice of Electronic Filing)

July 12, 2010                                      /s/ Dennis P. Iavarone
                                                                              Clerk

Raleigh, North Carolina